■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v VINCENT FRANKLIN, Appellant. [957 NYS2d 261]

Concur—Gonzalez, P.J., Mazzarelli, Acosta and Román, JJ.